IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN OF MISSISSIPPI
WESTERN DIVISION

CLINTON BALL JR., as Administratrix of, and
Personal Representative on Behalf of the
Wrongful Death Beneficiaries of the Estate of
NIJA BONHOMME, Deceased                              PLAINTIFF

VS.                              CIVIL ACTION NO. 5:22-CV-00004-KS-RHWR

MANAGEMENT & TRAINING
CORPORATION and JOHN AND JANE
DOES 1-100                                          DEFENDANTS

## MOTION TO AUTHORIZE THE FILING OF PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW Plaintiff, CLINTON BALL JR., by counsel of record, Michael W. Crosby, and respectfully submits this, his TO Authorize the Filing of Plaintiff's First Amended Complaint, and does state to the Court, as follows:

I.

Pending before the court is an Unopposed Motion to allow extra time for the amending of the complaint and joinder of parties. The proposed First Amended Complaint with the Joinder of Parties is attached hereto and incorporated herein as Exhibit "A."

II.

After the filing of the Complaint, the Plaintiff has learned that Bonhomme laid dying in his cell with his killer unable to get help to prevent his death. After struggling to get help, other inmants finally notified the guards who failed to check upon detainees in said cell, but by the

time they provided medical help, the body was cold to the touch. Also, Plaintiff anticipates uncovering more atrocities in discovery which might indicate that Bonhomme was placed intentionally in a deadly situation for retaliation of a lawsuit he filed himself against the facility. Furthermore, Plaintiff intends to explore with discovery the belief that the gangs were in control of the facility, thus resulting in the needless death of Bonhomme.  Plaintiff already knows that the situation was terrible, and the death was unnecessary, but clearly discovery is needed to get to the truth.

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that the Court Order and Direct that Exhibit "A," be allowed filed as the Plaintiff's First Amended Complaint, and for such other relief as the Court deems just.

DATED: April 7th, 2022.

>Respectfully submitted,
>
>CLINTON BALL JR., Plaintiff
>
>BY:  */s/Michael W. Crosby*
>        PLAINTIFF'S COUNSEL

MICHAEL W. CROSBY, 7888
Attorney at Law
2111 25th Avenue
Gulfport, MS 39501
Telephone:  (228) 865-0313
Facsimile:  (228) 865-0337
michaelwcrosby@bellsouth.net

>/s/ Michael W. Crosby
>MICHAEL W. CROSBY, MSB 07888

## CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

BY: */s/ Michael W. Crosby*